IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIOLET GOODWIN, et al., ) | |
| ) | 8:05cv351 |
| Plaintiffs, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| ASARCO, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Memorandum and Order entered on this date,

IT IS ORDERED, ADJUDGED and DECREED that this action and the plaintiff's complaint are dismissed without prejudice.

DATED this 21st day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge